UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

MICHAEL TRAHAN,

                                            Plaintiff,                    **STIPULATION**

    -against-                                                      24 CV 8833
                                                                             (NRM)(MMH)

CITY OF NEW YORK, DANIEL SPIES, Individually,
and JOHN and JANE DOE 1 through 10, Individually,
(the names John and Jane Doe being fictitious, as the
true names are presently unknown),

                                            Defendants.
------------------------------------------------------------------------x

       **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that plaintiff's proposed Amended Complaint dated June 13, 2025, may be filed on consent, and the caption amended as set forth above.

Dated:  June 13, 2025

| | |
|---|---|
| BRETT H. KLEIN, ESQ., PLLC | MURIEL GOODE-TRUFANT, ESQ. |
| Attorneys for the Plaintiff | Corporation Counsel for the City of New York |
| 305 Broadway, Suite 700 | Attorney for Defendants |
| New York, New York 10007 | 100 Church Street |
| (212) 335-0132 | New York, New York 10007 |
| | (212) 356-2617 |

By: _/s/ Brett Klein_                          By: _/s/ Jeffrey Noll_
      BRETT H. KLEIN                                 JEFFREY NOLL